## Commonwealth ex rel. Mullins, Appellant, *v.* Maroney.

Submitted November 9, 1964.
*Richard Mullins,* appellant, in propria persona; *Paul D. Shafer, Jr.,* Assistant District Attorney, and *Robert L. Walker,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Orlando, Appellant, *v.* Maroney.

Submitted November 9, 1964.
*Henry Orlando,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Paulsen, Appellant, *v.* Maroney.

Submitted November 9, 1964.
*Herman Paulsen,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.